**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7670**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

KEVIN WALKER,

                    Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge.  (4:95-cr-00037-RAJ-3)

Submitted:  December 19, 2013       Decided:  December 24, 2013

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Lamont Walker, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lamont Walker appeals the district court's order denying his motion to reconsider the court's previous denial of his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010) (district court does not have authority to reconsider prior order on § 3582 motion). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED